

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00449-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER**, deceased,

From the County Court, Menard County, Texas
Trial Court No. 2013-02059
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

Before the Court is Appellee's Motion to Dismiss the Appeal and the Appellant's response. The issues raised by Appellee do not implicate this Court's jurisdiction to address the appeal. Therefore, the Motion to Dismiss will be carried with the appeal. Appellant's deadline to file the appellant's brief is October 21, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court